IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, )<br><br>Plaintiff, )<br><br>-v- )<br><br>BUYPCSOFT.COM, INC., a Texas corporation; and MEHRAN TABATABAYEE, an individual, )<br><br>Defendants. ) | Case No. 4:07-cv-03628 |

## CONSENT JUDGMENT

This matter having come before the Court by consent of the parties, who are represented

by counsel, and the terms being consented to by the parties, it is hereby

**ORDERED AND ADJUDGED** that Defendants BuyPCSoft.com, Inc., a Texas

corporation, and Mehran Tabatabayee, an individual, are jointly and severally liable to Plaintiff

Microsoft Corporation in the amount of Two Hundred Fifty Thousand Dollars ($250,000). Post-

judgment interest shall accrue as allowed by law.

IT IS SO ORDERED.

Dated: 1/7/09

HON. GRAY H. MILLER
United States District Judge

Agreed and Stipulated:

DATED:  December 24, 2008         BUYPCSOFT.COM, INC., a Texas corporation

By:  Mehran Tabatabayee

DATED:  December 24, 2008         MEHRAN TABATABAYEE, an individual

By:  Mehran Tabatabayee

DATED:  December ___, 2008        MICROSOFT CORPORATION, a Washington corporation

By: _____

Approved as to form:

DATED:  December ___, 2008        LOCKE LORD BISSELL & LIDDELL, LLP

By:_____
     John R. Nelson
     Attorney for Plaintiff
     MICROSOFT CORPORATION

DATED:  December 24, 2008         By
     G. Scott Williams
     Attorney at Law
     Attorneys for Defendants
     BUYPCSOFT.COM, INC. and MEHRAN
     TABATABAYEE

Agreed and Stipulated:

DATED:  December ___, 2008           BUYPCSOFT.COM, INC., a Texas corporation.


                                     _____

                                     By:  Mehran Tabatabayee


DATED:  December ___, 2008           MEHRAN TABATABAYEE, an individual


                                     _____

                                     By:  Mehran Tabatabayee

DATED:  December 2, 2008             MICROSOFT CORPORATION, a Washington corporation

                                     _____
                                     By:  Benjamin D. Dorsff
                                          Assistant Secretary


Approved as to form:

DATED:  December 31, 2008            LOCKE LORD BISSELL & LIDDELL, LLP


                                     By:_____
                                          John R. Nelson
                                          Attorney for Plaintiff
                                          MICROSOFT CORPORATION


DATED:  December ___, 2008           By:_____
                                          G. Scott Williams
                                          Attorney at Law
                                          Attorneys for Defendants
                                          BUYPCSOFT.COM, INC. and MEHRAN
                                          TABATABAYEE